| | |
|---|---|
| 1 | MELINDA L. HAAG (CSBN 132612)<br>United States Attorney |
| 2 | ALEX TSE (CSBN 152348)<br>Chief, Civil Division |
| 3 | MICHAEL T. PYLE (CSBN 172954)<br>Assistant United States Attorney |
| 4 | SAM HIRSCH<br>Acting Assistant Attorney General |
| 5 | U.S. Department of Justice<br>Environment and Natural Resources Division |
| 6 | STEPHEN M. MACFARLANE (N.Y. Bar No. 2456440)<br>Senior Attorney, U.S. Department of Justice |
| 7 | Environment and Natural Resources Division<br>501 "I" Street, Suite 9-700 |
| 8 | Sacramento, CA 95814-2322<br>Tel: (916) 930-2204/Fax: (916) 930-2210 |
| 9 | Email: Stephen.Macfarlane@usdoj.gov<br>JOSEPH T. MATHEWS (Colo. Bar No. 42865) |
| 10 | Trial Attorney, U.S. Department of Justice<br>Environment and Natural Resources Division |
| 11 | P.O. Box 7611, Ben Franklin Station<br>Washington, D.C. 20044-7611 |
| 12 | Tel: (202) 305-0432/Fax: (202) 305-0506 |
| 13 | Email: joseph.mathews@usdoj.gov<br>E. BARRETT ATWOOD (D.C. Bar No. 478539) |
| 14 | Trial Attorney, U.S. Department of Justice<br>Environment and Natural Resources Division |
| 15 | Natural Resources Section<br>301 Howard Street, Suite 1050 |
| 16 | San Francisco, CA 94105 |
| 17 | Tel: (415) 744-6480/Fax: (415) 744-6476<br>Email: barrett.atwood@usdoj.gov |
| 18 | *Attorneys for Federal Defendants* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| TOMALES BAY OYSTER COMPANY *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATE DEPARTMENT OF THE INTERIOR, *et al*.<br><br>Defendants. | Case No. 4:14-cv-03246 YGR<br><br>[~~PROPOSED~~] ORDER DENYING COUNSEL'S REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE IN *DRAKES BAY OYSTER CO. v. JEWELL* |

1     The Court has received a letter and proposed order from counsel for the Plaintiffs in the above-captioned lawsuit, requesting leave to participate in a Case Management Conference scheduled for August 11, 2014, in a related case, *Drakes Bay Oyster Co. et al. v. Jewell et al.*, Case No. 4:12-cv-6134 YGR/DMR. Having considered this request and the Defendants' objection thereto, the Court DENIES the request of Plaintiffs' counsel in the above-captioned lawsuit to participate in the Case Management Conference in the *Drakes Bay* case.

    IT IS SO ORDERED.

DATED: August 7, 2014

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

-1-      PROPOSED ORDER DENYING REQUEST TO PARTICIPATE 14-CV-3246 YGR