**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TOMALES BAY OYSTER COMPANY**, *et al.*, <br><br>   Plaintiffs, <br><br>   v. <br><br> **UNITED STATES DEPARTMENT OF THE INTERIOR**, *et al.*, <br><br>   Defendants. | Case No.: 14-CV-3246 YGR <br><br> **ORDER IN ADVANCE OF HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |

Currently pending in this case is Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 35), which is set for hearing next Tuesday, September 9, 2014. Having reviewed the briefs and filings related to the Motion, the Court hereby informs the parties that argument at the hearing will center on the question of Plaintiffs' standing to pursue the claims at issue in this Motion. Counsel are advised to prepare accordingly.

**IT IS SO ORDERED**.

Date: **September 5, 2014**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**