**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TOMALES BAY OYSTER COMPANY**, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR**, *et al.*,<br><br>  Defendants. | Case No.: 14-CV-3246 YGR<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION** |

On September 9, 2014, the Court heard argument on Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 35). Having reviewed the briefs and filings related to the Motion, for the reasons stated on the record at the hearing, Plaintiffs' Motion is **DENIED**.

**IT IS SO ORDERED**.

Date: **September 11, 2014**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**