UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**TOMALES BAY OYSTER COMPANY, ET AL.,**

　　　　Plaintiffs,

　　v.

**UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL.,**

　　　　Defendants.

Case No.  14-cv-03246-YGR

**ORDER DENYING AS MOOT STATEMENT AND PROPOSED ORDER VACATING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 72

　　　　Plaintiffs Tomales Bay Oyster Company, *et al*. and Defendant United States Department of the Interior, *et al.* have filed a Stipulation and Proposed Order requesting that the Court vacate an October 23, 2014, case management conference.  The parties identify Docket Number 20 as the source of the subject Case Management Conference date.  However, the preliminary date set therein was expressly vacated by Order Reassigning Case, Docket Number 23 ("All dates presently scheduled are vacated"), and again by Order Relating Cases, Docket Number 29 ("Any case management conference in any reassigned case will be rescheduled by the Court").  The parties' Joint Statement and Proposed Order (Docket Number 72) is therefore **DENIED AS MOOT**.

　　　　**IT IS SO ORDERED.**

Dated: October 21, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT